CHARLES G. MILLER (SBN 39272)
 cmiller@bartkolaw.com
SCOTT GLASSMOYER (SBN 256291)
 sglassmoyer@bartkolaw.com
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff
MARTIN BYRNES

STACEY A. MILLER (SBN 161628)
 smiller@tharpe-howell.com
THARPE & HOWELL, LLP
15250 Ventura Boulevard, 9th Floor
Sherman Oaks, California 91403
Telephone:  (818) 205-9955
Facsimile:   (818) 205-9944

Attorneys for Defendant
JAMES ROBERT ORR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN FRANCIS BYRNES,<br><br>            Plaintiff,<br><br>      v.<br><br>JAMES ROBERT ORR,<br><br>            Defendant. | Case No. 2:24-cv-03503 DMG-SSC<br><br>**JOINT SCHEDULING CONFERENCE REPORT**<br><br>Date:   July 19, 2024<br>Time:  9:30 a.m.<br>Judge: The Hon. Dolly M. Gee<br>Place:  350 West 1st Street<br>         Courtroom 8C, 8th Floor<br>         Los Angeles, CA  90012 |

Plaintiff Martin Byrnes ("Byrnes") and Defendant James Robert Orr ("Orr") hereby submit this Joint Scheduling Conference Report pursuant to Civil Local Rule 16-9:

2856.002/2042968.2

### 1. Summary of This Case

In this case, Byrnes claims an outstanding debt of $ 222,551.48 plus interest for consulting services provided by Byrnes over the period from July 2022 until October 2023 inclusive, in relation to a gold and diamond mining project in Ghana, Africa, which is controlled by Orr.

Orr disputes the amount of any debt owing.  Byrnes claims his contract for that debt is with Orr.  Orr claims that he was not the contracting party, but instead that Byrnes' contract was with a company in which he was involved, West Africa Diamond Company Limited, a Nevada corporation ("WAD").

### 2. Legal Issues

The primary legal issue in this case is whether Byrnes' contract is with Orr, or WAD.

### 3. Pleadings

Pleadings are not likely to be amended.

### 4. Motions

There are no motions pending in this action.

Once discovery is complete, Byrnes and Orr will consider bringing a motion for summary judgment.

### 5. Evidence Preservation

All parties have reviewed the ESI Guidelines regarding the preservation of evidence relevant to the issues in this action.  The parties agree to comply with their respective obligations to preserve and maintain such evidence, including, without limitation, electronically stored information.

### 6. Discovery

The parties have not yet made any disclosures pursuant to Fed. R. Civ. P. 26. Byrnes has served a Request for Production of Documents on July 3, 2024.

### 7. Related Cases

There are not presently any Related Cases within the meaning of Federal Rules

of Civil Procedure Rule 40.2.

Byrnes is aware of another threatened case against Orr, also for consulting fees owing, which if filed in the federal court would become a related case within the meaning of that rule.

**8.     Relief**

This action is for recovery of a debt owing.

**9.     Settlement and ADR**

The parties have had extensive discussions concerning settlement, so far to no avail.  Discussions are ongoing.

There have been no discussions concerning ADR.

Byrnes proposes ADR Procedure no. 2 under Local Rule 16-15.4. Orr finds this proposal acceptable.

**10.    Consent to Have a Magistrate Judge Hear the Case**

The parties have not consented to assignment of this matter to a Magistrate Judge for all purposes.

**11.    Other Parties Likely to be Added**

No other parties are likely to be added.

**12.    Scheduling**

See Exhibit A attached.

**13.    Final Pretrial Conference**

<u>September 16, 2025 at 2:00 P.M.</u>

**14.    Trial**

If trial is necessary in this matter, the parties anticipate a one day bench trial.

The parties propose a date for trial of October 7, 2025.

//
//
//
//

| | | |
|---|---|---|
| DATED: July 5, 2024 | | BARTKO LLP |

By: */s/ Charles G. Miller*
Charles G. Miller
Attorneys for Plaintiff
MARTIN BYRNES

DATED: July 5, 2024        THARPE & HOWELL, LLP

By: */s/ Stacey A. Miller*
Stacey A. Miller
Attorneys for Defendant
JAMES ROBERT ORR

## **ATTESTATION OF E-FILER**

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 5, 2024                                          */s/ Charles G. Miller*
                                                                         Charles G. Miller

Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No.     Case

2:24-cv-03503 DMG-SSC     Name: Martin Byrnes v. James Robert Orr

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** [X] Court   [ ] Jury<br><br>Duration Estimate: | October 7, 2025<br><br>(Tuesday)³ | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | September 16, 2025<br><br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | 10/17/2024 |
| Non–Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 6/10/2025 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | 6/17/2025 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 7/15/2025 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 8/12/2025 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 8/26/2025 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 8/19/2025 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 8/26/2025 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 9/2/2025 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) |  | N/A |

**EXHIBIT A**

---

³   Trials commence on Tuesdays. Final pretrial conferences are held on Tuesdays.